# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Derrick Ginyard | : | Chapter: 7 |
| | : | |
| Debtor(s) | : | Bankruptcy No.: 16-18902-JKF |
| | : | |
| | : | |

## NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor(s) has/have failed to appear at two (2) scheduled §341 Meeting of Creditors on 2/8/17 and 3/8/17.

DATED this 8th day of March, 2017.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
Maria Borgesi
Paralegal