## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Derrick Ginyard <br>                     Debtor | CHAPTER 7 |
| MIDFIRST BANK <br>                     Movant <br>     vs. <br> Derrick Ginyard <br>                     Debtor | NO. 16-18902 JKF |
| TERRY P. DERSHAW <br>                     Trustee | 11 U.S.C. Section 362 |

### **ORDER**

AND NOW, this _____ day of _____, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow MIDFIRST BANK and its successor in title to proceed with the ejectment action regarding the premises 5349 North Sydenham Street Philadelphia, PA 19141. Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: March 10, 2017**

                                                                                             Bankruptcy Judge.

cc: See attached service list

Derrick Ginyard
5349 North Sydenham Street
Philadelphia, PA 19141

RICHARD F. WEINSTEIN, ESQUIRE
705 West Haverford Road, Suite 1
Bryn Mawr, PA 19010-3128

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532