**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 7** |
| **Derrick Ginyard,** | : | |
| **Debtor.** | : | **Case No. 16-18902(JKF)** |

_____

## ORDER TO SHOW CAUSE

**AND NOW**, this 9th day of February, 2017, the Court having been apprised

that the debtor has failed to appear for a scheduled section 341(a) meeting,

It is hereby ordered that the debtor shall appear in Bankruptcy Courtroom

No. 3, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania

on March 29, 2017 at 9:30 a.m. to show cause why debtor's bankruptcy case

should not be dismissed for debtor's failure to appear at the previously

scheduled first meeting of creditors.

It is further ordered that if the debtor(s) fails to appear at the hearing

scheduled above, this case may be dismissed without need for further notice or

hearing.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Derrick Ginyard
5349 North Sydenham Street
Philadelphia, PA 19141

Richard F. Weinstein, Esquire
705 West Haverford Road, Suite 1
Bryn Mawr, PA 19010-3128

Terry P. Dershaw, Esquire
Dershaw Law Offices
P.O. Box 556
Warminster, PA  18974-0632

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107