United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-18902-jkf
Derrick Ginyard                                                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR         Page 1 of 1         Date Rcvd: Mar 10, 2017
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.
db              +Derrick Ginyard,    5349 North Sydenham Street,    Philadelphia, PA 19141-1619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      RICHARD F. WEINSTEIN    on behalf of Debtor Derrick  Ginyard rfwlaw1@comcast.net
      TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
      THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Derrick Ginyard <br> _Debtor_ | CHAPTER 7 |
| MIDFIRST BANK <br> _Movant_ <br> vs. <br> Derrick Ginyard <br> _Debtor_ | NO. 16-18902 JKF |
| TERRY P. DERSHAW <br> _Trustee_ | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this        day of              , 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow MIDFIRST BANK and its successor in title to proceed with the ejectment action regarding the premises 5349 North Sydenham Street Philadelphia, PA 19141.  Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Moving Party from proceeding with its ejectment action.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: March 10, 2017**

_____
Bankruptcy Judge.

cc: See attached service list

Derrick Ginyard
5349 North Sydenham Street
Philadelphia, PA 19141

RICHARD F. WEINSTEIN, ESQUIRE
705 West Haverford Road, Suite 1
Bryn Mawr, PA 19010-3128

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532