United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Derrick Ginyard
       Debtor

Case No. 16-18902-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Mar 31, 2017
                       Form ID: pdf900    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
```
db            +Derrick Ginyard,    5349 North Sydenham Street,    Philadelphia, PA 19141-1619
13843836      +American Bakery Worker,    c/o Trumark Financial Credit Union,    1000 Northbrook Drive,
                Feasterville Trevose, PA 19053-8430
13843837      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13863017      +Midland Mortgage,    as Servicer for MIDFIRST BANK,    c/o Brian C. Nicholas Esquire,
                701 Market Street ste 5000,    Philadelphia Pa 19106-1541
13843840      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                Oklahoma City, OK 73126-0648
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 01 2017 01:56:34      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 01 2017 01:56:02
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 01 2017 01:56:24      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13843838      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 01 2017 01:56:55
                Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13843839      +E-mail/Text: creditonebknotifications@resurgent.com Apr 01 2017 01:55:51      Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              RICHARD F. WEINSTEIN    on behalf of Debtor Derrick  Ginyard rfwlaw1@comcast.net
              TERRY P. DERSHAW     td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :    Chapter 7
                                                    :
Derrick Ginyard                                     :
      Debtor(s).                                  :    Bankruptcy No. 16-18902-JKF

## O R D E R DISMISSING CASE

AND NOW, this 29th day of March, 2017, the Court having conducted a hearing with respect to its Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case for failing to appear at two scheduled Meetings of Creditors, it is hereby

ORDERED that this case is dismissed.

JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee